MORTON R. FOX et al., Appellants, *v.* JAMES FEE et al.,
Respondents.

(Submitted May 20, 1901 ; decided May 24, 1901.)

Motion for reargument denied, with ten dollars costs. (See
167 N. Y. 44.)

---

OCTAVIUS O. COTTLE et al., as Executors of JOHN J. P. READ,
Deceased, Appellants, *v.* THE MARINE BANK OF BUFFALO,
Respondent.

(Submitted May 20, 1901; decided May 24, 1901.)

Motion for reargument denied, with ten dollars costs. (See
166 N. Y. 53.)

---

CHATFIELD LEONARD, as Receiver of CURTIS A. BARNUM, a
Judgment Debtor, Appellant, *v.* CURTIS A. BARNUM et al.,
Respondents, Impleaded with Another.

*Smith* v. *Barnum,* 50 Hun, 602, appeal dismissed.
(Argued April 19, 1901; decided June 4, 1901.)

APPEAL from a final judgment in favor of defendants,
entered November 9, 1900, upon an order of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment reversing an interlocutory judgment of Special Term
overruling demurrers to the complaint.

*Clarence L. Barber* for appellant.

*Carlton B. Pierce* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, LAN-
DON and CULLEN, JJ. Not sitting: MARTIN, J.